**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FELIPE DAVID LOAIZA FALLU,

Petitioner,

vs.

WARDEN OF MOSHANNON VALLEY PROCESSING CENTER *et al.*,

Respondents.

No. 3:26-cv-17

District Judge Stephanie L. Haines
Magistrate Judge Peter E. Ormsby

**ORDER**

On January 6, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. ECF No. 1. Thereafter, Respondents submitted an Order of the Immigration Judge dated February 19, 2026, granting Petitioner voluntary departure pursuant to 8 U.S.C. § 1229(c) by March 20, 2026. ECF No. 10-1. On this date, a search of the online ICE Detainee Locator shows no records for Petitioner.

Within ten (10) days of today's date, Respondents shall file a status report updating the Court regarding the status of this matter. If Petitioner is no longer within Respondent's custody and/or the United States, the status report shall include relevant documentation.

AND NOW, this 19th day of August 2026, IT IS SO ORDERED.

BY THE COURT:

Peter E. Ormsby
United States Magistrate Judge